IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
Southern Division

| | |
|---|---|
| IN RE: ) | |
| ) | **19-15478-WIL** |
| **LUIS CORREA,** ) | **Chapter 7** |
| ) | |
| Debtor. ) | |

| | |
|---|---|
| **THE BANK OF NEW YORK MELLON, as Trustee for Structured Asset Mortgage Investments II Inc. Mortgage Pass-Through Certificates Series 2005-AR8** ) | |
| Movant ) | |
| vs. ) | |
| **JANET M. NESSE, Chapter 7 Trustee/ Respondent** ) | |
| and ) | |
| **LUIS FERNANDO CORREA,** ) | |
| Debtor/ Respondent. ) | |

**OPPOSITION TO MOTION FOR
RELIEF FROM AUTOMATIC STAY**
(23803 Branchbrier Way, Clarksburg MD 20871)

Janet M. Nesse, the Chapter 7 Trustee (the "Trustee") for Luis Fernando Correa (the "Debtor") the debtor in the above-captioned case, files this opposition to the *Motion for Relief from the Automatic Stay* (the "Motion," Docket No. 13) filed by The Bank of New York Mellon, as Trustee for Structured Asset Mortgage Investments II Inc. Mortgage Pass-Through

Certificates Series 2005-AR8 ("Movant"), seeking relief from stay with respect to the real property located at 23803 Branchbrier Way, Clarksburg MD 20871 (the "Property"), and, with respect to each paragraph of the Motion, states as follows:

1. The allegations of paragraph 1 of the Motion are affirmed.

2. The allegations of paragraph 2 of the Motion are affirmed.

3. The Trustee lacks sufficient information to respond to the allegations of paragraph 3 of the Motion, and therefore the Trustee denies the same, and demands strict proof thereof.

4. The allegations of paragraph 4 of the Motion are affirmed.

5. The allegations of paragraph 5 of the Motion are affirmed.

6. The Trustee lacks sufficient information to respond to the allegations of paragraph 6 of the Motion, and therefore the Trustee denies the same, and demands strict proof thereof.

7. The Trustee lacks sufficient information to respond to the allegations of paragraph 7 of the Motion, and therefore the Trustee denies the same, and demands strict proof thereof.

8. The Trustee lacks sufficient information to respond to the allegations of paragraph 8 of the Motion, and therefore the Trustee denies the same, and demands strict proof thereof.

9. The Trustee lacks sufficient information to respond to the allegations of paragraph 9 of the Motion, and therefore the Trustee denies the same, and demands strict proof thereof.

10. The allegations of paragraph 10 of the Motion are affirmed.

11. The Trustee lacks sufficient information to respond to the allegations of paragraph 11 of the Motion, and therefore the Trustee denies the same, and demands strict proof thereof.

WHEREFORE, the Trustee requests that the (i) Motion be denied; or (ii) the Court enter an order allowing the Trustee an appropriate amount of time to sell the Property, and that the Court grant such other relief as it deems appropriate and proper.

Dated: May 8, 2019         Respectfully submitted,

/s/ Justin P. Fasano
Janet M. Nesse, Esq (MDB # 07804)
Justin P. Fasano, Esq. (MDB # 28659)
McNamee, Hosea, Jernigan, Kim, Greenan & Lynch, P.A.
6411 Ivy Lane, Suite 200
Greenbelt, MD 20770
Tel: (301) 441-2420
jnesse@mhlawyers.com
jfasano@mhlawyers.com
*Attorneys for Janet N., Chapter 7 Trustee for Luis Fernando Correa*

## CERTIFICATE OF SERVICE

I certify that on May 8, 2019, a copy of the foregoing *Opposition to Motion for Relief from the Automatic Stay* was served by CM/ECF, to all parties receiving notice thereby, which includes the following attorneys:

Mark S. Devan bankruptcy@albalawgroup.com

Nikita Rajendra Joshi Nikita.Joshi@bww-law.com, bankruptcy@bww-law.com

Weon G. Kim JKKCHADOL99@GMAIL.COM, Attorneygrace4u@gmail.com

Angela Nasuta anasuta@albalawgroup.com, bankruptcy@albalawgroup.com

/s/ Justin P. Fasano
Justin P. Fasano

3